UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

FOURTH DIVISION-MINNEAPOLIS

Steven T. Kattke,
Plaintiff,

Civil 00-276 ADM/AJB

v.

The Independent Order of Foresters,
Defendant.

COST JUDGMENT

The costs of Defendant The Independent Order of Foresters have been taxed and allowed by the Clerk of this Court against Plaintiff Steven T. Kattke as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $4,110.46 | $3,556.46 |
| Docket Fees under 28 U.S.C. 1923 | $ 20.00 | $ 20.00 |
| Other costs | $3,883.21 | $1,713.56 |
| TOTAL: | $8,013.47 | $5,290.02 |

Costs, therefore, are taxed in the sum of Five Thousand Two Hundred Ninety Dollars and 02/100 ($5,290.02) in favor of Defendant The Independent Order of Foresters and against Plaintiff Steven T. Kattke and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of July 1, 2002.

RICHARD D. SLETTEN, CLERK

By Amy M. Leonetti

Amy M. Leonetti
Law Clerk

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD